FILED

JEFFER, MANGELS, BUTLER & MARMARO LLP
Rod S. Berman (Bar No. 105444), RBerman@jmbm.com
Stanley M. Gibson (Bar No. 162329), smg@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

2009 MAY 22  PM 3: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiffs
AQUAWOOD, LLC, MANLEY TOY DIRECT, LLC
MANLEY TOYS LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

AQUAWOOD, LLC, a California limited liability company, MANLEY TOY DIRECT LLC, an Iowa limited liability company, MANLEY TOYS LTD., a Hong Kong Corporation

Plaintiff,

v.

TROPICAL VENTURES, LLC, a New York limited liability company

Defendants.

CASE NO. CV09-3686 MMM (MANx)

**COMPLAINT FOR DECLARATORY RELIEF OF NON-INFRINGEMENT AND INVALIDITY**

Plaintiffs AquaWood, LLC ("Aquawood"), Manley Toy Direct LLC ("Manley Direct"), and Manley Toys Ltd. ("Manley Toys") collectively "Plaintiffs" for their Complaint against Defendant Tropical Ventures, LLC ("Tropical Ventures"), allege as follows:

1.     This is an action for declaratory relief.

## THE PARTIES

2.     Plaintiff Aquawood is a limited liability company organized under the laws of the State of California, with its principal place of business in Los Angeles, California.  As part of its business, Plaintiff Aquawood designs and markets in the U.S. water toys including the BANZAI Vortex Blast Water Slide.

3.     Manley Direct is a limited liability company organized and existing under the laws of the State of Iowa, with its principal of business in Indianola, Iowa.

4.     Manley Toys is a corporation organized and existing under the laws of Hong Kong, having  principal place of business in Kowloon, Hong Kong.

5.     Defendant Tropical Ventures is a limited liability company organized under the laws of the State of New York, and with its principal place of business in Hempstead, New York.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this action under the provisions of the Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, and under 28 U.S.C. § 1338(a) in that the cause of action arises under the Patent Laws of the United States.  Jurisdiction is also proper under 28 U.S.C. § 1331 (federal question).

7.     Without limiting the foregoing, Defendant has conducted business in the judicial district, in the State of California and has purposely directed its actions as alleged herein into the judicial district and at Plaintiff, Aquawood.

PRINTED ON
RECYCLED PAPER

6151129v1

COMPLAINT FOR DECLARATORY RELIEF OF NON-
INFRINGEMENT AND INVALIDITY

**FACTUAL BACKGROUND**

8.     Defendant has accused Plaintiffs Aquawood, Manley Direct, and Manley Toys of infringing its rights in Patent No. 7,530,474 B2 ("the '474 patent).

9.     Plaintiffs contend that the BANZAI Vortex Blast Water Slide does not infringe any claims of the '474 patent and/or that the '474 patent is not valid and/or not enforceable.

**FIRST CLAIM FOR RELIEF**

**(Declaration of Non-Infringement)**

10.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 9 above.

11.     An actual and justiciable controversy has arisen and exists between the parties because Defendant alleges that Plaintiffs infringe the '474 patent, which Plaintiffs deny.  Plaintiffs desire a judicial determination and declaration of the respective rights and duties of the parties herein in accordance with the contentions above.  Such a determination and declaration is necessary and appropriate at this time in order that the parties may ascertain their respective rights and duties regarding the '474 patent.  Absent a declaration of noninfringement or invalidity or unenforceability, Defendant will continue to wrongfully assert the '474 patent

12.     Plaintiffs have not infringed any valid and enforceable claims of the '474 patent in any manner, willfully or otherwise, and are entitled to a declaration to that effect.

13.     This is an exceptional case entitling Plaintiffs to an award of their attorneys' fees and costs incurred in connection with this action pursuant to 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF

### (Declaration of Invalidity and Unenforceability)

14.    Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 9 above.

15.    An actual and justiciable controversy exists between the parties with respect to the validity and/or enforceability of the '474 patent because Defendant contends that Plaintiffs infringe the '474 patent, which Plaintiffs deny.  Absent a declaration of invalidity and/or unenforceability, Defendant will continue to wrongfully assert the '474 patent against Plaintiffs, and thereby cause Plaintiffs irreparable injury and damage.

16.    Each and every claims of the '474 patent is unenforceable and/or invalid under the provisions of Title 35 of the United States Code, including, but not limited to, Sections 102, 103 and/or 112, and Plaintiffs are entitled to a declaration to that effect.

17.    This is an exceptional case entitling Plaintiffs to an award of their attorneys' fees and costs incurred in connection with this action pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1.    For a judicial determination and a declaration that they have not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the '474 patent

2.    For a judicial determination and a declaration that each and every claim of the '474 patent is either unenforceable or not valid.

3.    That pursuant to 35 U.S.C. § 285 and/or other applicable laws that this action is an exceptional cases and that Plaintiffs be awarded their attorneys' fees incurred in connection with this action;

PRINTED ON
RECYCLED PAPER

6151129v1

-4-

COMPLAINT FOR DECLARATORY RELIEF OF NON-
INFRINGEMENT AND INVALIDITY

4.    That Plaintiffs be awarded its costs of suit incurred herein; and

5.    For such other and further relief as the Court deems just and proper.

DATED:  May 20, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROD S . BERMAN
STANLEY M. GIBSON


By: _____
           ROD S. BERMAN
Attorneys for Plaintiffs AQUAWOOD, LLC,
MANLEY TOY DIRECT, LLC
MANLEY TOYS LTD.

PRINTED ON
RECYCLED PAPER

6151129v1

COMPLAINT FOR DECLARATORY RELIEF OF NON-
INFRINGEMENT AND INVALIDITY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV09- 3686 MMM (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Rod S. Berman (Bar No. 105444)
Stanley M. Gibson (Bar No. 162329)
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

310-203-8080 tel      310-203-0567

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAWOOD, LLC, a California limited liability company, MANLEY TOY DIRECT LLC, an Iowa limited liability company, MANLEY TOYS LTD., a Hong Kong Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>TROPICAL VENTURES, LLC, a New York limited liability company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-3686** MMM (MANx)<br><br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>TROPICAL VENTURES, LLC, a New York limited liability company</u>

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Rod S. Berman</u>, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  **MAY 2 2 2009** _____

By: _____ **NATALIE LONGORIA**
Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

AQUAWOOD, LLC, a California limited liability company, MANLEY TOY DIRECT LLC, an Iowa limited liability company, MANLEY TOYS LTD., a Hong Kong Corporation

**DEFENDANTS**

TROPICAL VENTURES, LLC, a New York limited liability company

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Rod S. Berman (Bar No. 105444), rberman@jmbm.com
Stanley M. Gibson (Bar No. 162329), smg@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-4308
310-203-8080 tel       310-203-0567 fax

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No       ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Relief of Non-Infringement and Invalidity of a patent.  28 U.S.C. §§1338(a), 2201,2202

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV09- 3686

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2
6170995v1

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes

If yes, list case number(s): Case No. CV 08-07068 DDP (PLA)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Aquawood LLC, Los Angeles County | MANLEY TOY DIRECT LLC, an Iowa limited liability company, MANLEY TOYS LTD., a Hong Kong Corporation |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | TROPICAL VENTURES, LLC, a New York limited liability company |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ROD S. BERMAN      Date May 22, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

6170995v1

American LegalNet, Inc.
www.FormsWorkflow.com